UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

EDWARD RAYMOND MELLOR

CASE NO. 3:25-cr-81-WWB-LLL
18 U.S.C. § 871
(Threat to Kill President of the United States)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Threat to Kill President of the United States)**

On or about April 1, 2025, in the Middle District of Florida, and elsewhere, the defendant,

EDWARD RAYMOND MELLOR,

did knowingly and willfully make a threat to take the life of the President of the United States, specifically, that he wanted to assassinate the President and was going to kill the President, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 871(a).

A TRUE BILL,

███████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: /s/ Kelly S. Milliron
KELLY S. MILLIRON
Assistant United States Attorney

By: /s/ Daniel J. Marcet
DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security

2

FORM OBD-34
4/9/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

EDWARD RAYMOND MELLOR

INDICTMENT

Violations:   18 U.S.C. § 871(a)

A true bill,

███████████████

Foreperson

Filed in open court this 9th day of April, 2025.

_Barbara Rotureal_
Clerk

Bail   $ _____

GPO 863 525