United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                 N0. 3:25-cr-81-WWB-LLL

**EDWARD RAYMOND MELLOR**

---

## Clerk's Minutes

Proceeding:                    Show Cause Hearing

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 5/27/2025 3:11 p.m. – 3:16 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for United States | Kelly Milliron, Assistant United States Attorney | Counsel for Defendant | Lisa Call, Esquire |
| Interpreter | None Present | Pretrial | Jacob Ely |

Defendant's oral motion to continue the show cause hearing, with no objection from the United States, is **granted.**

Show cause hearing set for **Thursday, May 29, 2025, at 2:30 p.m.** before United States Magistrate Judge Laura Lothman Lambert in Courtroom 5D.